IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:15-CV-461-FL

| | |
|---|---|
| DEBORAH GROCHALA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CAROLYN COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on plaintiff's motion (D.E. 4) to seal, pursuant to Rule 5.2 of the Federal Rules of Civil Procedure, her application to proceed *in forma pauperis* under 28 U.S.C. § 1915 (D.E. 1) ("application") on the grounds that it contains the names of minor children. *See* Fed. R. Civ. P. 5.2(a)(3) (permitting only a minor's initials in a court filing).

Rule 5.2(d) provides that a court may order an unredacted document to be filed under seal and that an additional redacted version be filed for the public record. Accordingly, plaintiff is DIRECTED to file redacted versions of the application no later than 22 September 2015, which shall contain only the minors' initials. In addition, the Clerk is DIRECTED to temporarily seal the application (D.E. 1) pending plaintiff's filing of a redacted copy as directed. If plaintiff fails to file the redacted copy within the time period prescribed above, the application (D.E. 1) will be unsealed by the Clerk with no further order of the court.

SO ORDERED, this 15th day of September 2015.

_____
James E. Gates
United States Magistrate Judge